# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PERCLE, ANDREW § Case No. 13-81030
   PERCLE, JENNIFER § 
 § 
Debtor(s) § 

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

 1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 27, 2013. The undersigned trustee was appointed on May 29, 2013.

 2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

 3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

 4. The trustee realized the gross receipts of    $   4,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 4,000.00 |

The remaining funds are available for distribution.

 5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 08/08/2013 and the deadline for filing governmental claims was 09/23/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.00, for a total compensation of $1,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/18/2013      By: /s/STEPHEN G. BALSLEY
                                   Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81030
**Case Name:** PERCLE, ANDREW
  PERCLE, JENNIFER
**Period Ending:** 11/18/13

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 03/27/13 (f)
**§341(a) Meeting Date:** 05/06/13
**Claims Bar Date:** 08/08/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   518 Willow Street, Lake in the Hills, IL | 110,100.00 | 0.00 | | 0.00 | FA |
| 2   Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 3   PNC Bank checking account | 200.00 | 0.00 | | 0.00 | FA |
| 4   JPMorgan Chase Bank checking account | 750.00 | 0.00 | | 0.00 | FA |
| 5   Miscellaneous household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6   Miscellaneous books, DVDs, and CDs | 100.00 | 0.00 | | 0.00 | FA |
| 7   Necessary wearing apparel for debtors and their | 100.00 | 0.00 | | 0.00 | FA |
| 8   Miscellaneous jewelry; two wedding bands | 100.00 | 0.00 | | 0.00 | FA |
| 9   1 handgun | 100.00 | 0.00 | | 0.00 | FA |
| 10  Health, Automobile, Homeowners Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11  Northwestern Mutual #4641 (Jennifer Beneficiary)   Amount of policy and exemption changed per Amended Schedules B and C filed June 15, 2013. | 9,134.77 | 0.00 | | 0.00 | FA |
| 12  Northwestern Mutual #6538 -(Debtors benefic)   Amount of policy and exemption changed per Amended Schedules B and C filed June 15, 2013. | 320.10 | 0.00 | | 0.00 | FA |
| 13  Northwestern Mutual #6540 (Debtors benefic)   Amount of policy and exemption changed per Amended Schedules B and C filed June 15, 2013. | 276.17 | 0.00 | | 0.00 | FA |
| 14  Northwestern Mutual #4628 (Andrew beneficiary)   Amount of policy and exemption changed per Amended Schedules B and C filed June 15, 2013. See Order Disallowing Exemption entered June 3, 2013. See Order to Compromise Controversy entered November 6, 2013. | 9,134.77 | 5,484.77 | | 4,000.00 | FA |
| 15  Northwestern Mutual whole life policy | 320.00 | 0.00 | | 0.00 | FA |
| 16  Northwestern Mutual whole life policy | 276.00 | 0.00 | | 0.00 | FA |
| 17  Woodmark, LLC 401(k) | 500.00 | 0.00 | | 0.00 | FA |
| 18  Carpenters Retirement Savings Fund of Illinois | 7,000.00 | 0.00 | | 0.00 | FA |
| 19  Debtor was formerly the sole shareholder of TBR | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81030  
**Case Name:** PERCLE, ANDREW  
PERCLE, JENNIFER  
**Period Ending:** 11/18/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/27/13 (f)  
**§341(a) Meeting Date:** 05/06/13  
**Claims Bar Date:** 08/08/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | 2012 tax refund | 373.00 | 0.00 | | 0.00 | FA |
| 21 | Refund due to debtors following amended 2011 tax See Assets #26 and #27.  Debtor filed Amended Schedules B and C on June 15, 2013. | Unknown | 0.00 | | 0.00 | FA |
| 22 | 2004 F-150 Truck | 4,000.00 | 0.00 | | 0.00 | FA |
| 23 | 2008 Ford Expedition | 14,000.00 | 0.00 | | 0.00 | FA |
| 24 | 2003 ATV and 1999 snowmobile Exemption claimed in Amended Schedule C filed June 15, 2013. | 1,200.00 | 0.00 | | 0.00 | FA |
| 25 | 3 dogs; 1 bird | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Amended 2011 Federal Tax Return (EIC)  (u) Originally filed with the amount unknown.  See Amended Schedule B filed June 15, 2013. | 3,416.00 | 0.00 | | 0.00 | FA |
| 27 | Amended 2011 State Tax Return (EIC)  (u) Originally filed with the amount unknown.  See Amended Schedule B filed June 15, 2013. | 171.00 | 0.00 | | 0.00 | FA |
| 28 | Northwestern Mutual #1658 (AndrewBeneficiary)  (u) See Amended Schedules B and C filed June 15, 2013. | 355.30 | 0.00 | | 0.00 | FA |
| 29 | Northwestern Mutual #1959 (Andrew beneficiary)  (u) See Amended Schedules B and C filed June 15, 2013. | 430.30 | 0.00 | | 0.00 | FA |
| 30 | Northwestern Mutual #1995 (Andrew Beneficiary)  (u) See Amended Schedules B and C filed June 15, 2013. | 396.23 | 0.00 | | 0.00 | FA |
| 30 | **Assets** Totals (Excluding unknown values) | **$163,773.64** | **$5,484.77** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 13-81030  
**Case Name:** PERCLE, ANDREW  
PERCLE, JENNIFER  
**Period Ending:** 11/18/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/27/13 (f)  
**§341(a) Meeting Date:** 05/06/13  
**Claims Bar Date:** 08/08/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** May 1, 2014    **Current Projected Date Of Final Report (TFR):** November 14, 2013 (Actual)

Printed: 11/18/2013 08:47 AM    V.13.13

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-81030  
**Case Name:** PERCLE, ANDREW  
PERCLE, JENNIFER  
**Taxpayer ID #:** **-***0256  
**Period Ending:** 11/18/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****849766 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/12/13 | {14} | Jennifer Percle | Payment pursuant to Order to Compromise Controversy entered November 6, 2013 | 1129-000 | 4,000.00 | | 4,000.00 |
| | | | **ACCOUNT TOTALS** | | 4,000.00 | 0.00 | **$4,000.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.00** | **$0.00** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****849766** | 4,000.00 | 0.00 | 4,000.00 |
| | $4,000.00 | $0.00 | $4,000.00 |

{} Asset reference(s)

Printed: 11/18/2013 08:47 AM V.13.13

# Claims Register

## Case: 13-81030    PERCLE, ANDREW

Claims Bar Date: 08/08/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>03/27/13 |  | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>03/27/13 | Voluntary reduction of 61% in order to make funds available for a distribution to creditors. | $3,837.00<br>$1,500.00 | $0.00 | $1,500.00 |
| 1 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/14/13 | Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 296030390<br>--------------------------------------------------------------------------------* * * | $161.56<br>$161.56 | $0.00 | $161.56 |
| 2 | Ford Motor Credit Company LLC<br>P O Box 6275<br><br>Dearborn, MI 48121<br><br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>05/20/13 | P O Box 6275<br>Dearborn, MI 48121<br>--------------------------------------------------------------------------------* * *<br>Claim No. 2 is allowed as a secured claim, but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | $10,843.91 *<br>$0.00 | $0.00 | $0.00 |
| 3 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br><br>Chicago, IL 60664-0338<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/23/13 | P.O. Box 64338<br>Chicago, IL 606640338<br>--------------------------------------------------------------------------------* * * | $0.00<br>$0.00 | $0.00 | $0.00 |
| 4 | Injured Workers Benefit Fund<br>c/o Robert Ruiz<br>100 West Randolph Street, Ste 13-197<br>Chicago, IL 60601<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/13/13 | c/o Robert Ruiz<br>100 West Randolph Street, Ste 13-197<br>Chicago, IL 60601<br>--------------------------------------------------------------------------------* * * | $84,210.00<br>$84,210.00 | $0.00 | $84,210.00 |

(*) Denotes objection to Amount Filed

# Claims Register

## Case: 13-81030 PERCLE, ANDREW

Claims Bar Date: 08/08/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Von Maur<br>6565 Brady Street<br><br>Davenport, IA 52806<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/20/13 | 6565 Brady Street<br>Davenport, IA 52806<br>-----------------------------------------------------------------------------* * * | $288.76<br>$288.76 | $0.00 | $288.76 |
| 6 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/01/13 | c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 331311605<br>-----------------------------------------------------------------------------* * * | $944.10<br>$944.10 | $0.00 | $944.10 |
| 7 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/01/13 | c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 331311605<br>-----------------------------------------------------------------------------* * * | $1,356.29<br>$1,356.29 | $0.00 | $1,356.29 |
| 8 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/01/13 | c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 331311605<br>-----------------------------------------------------------------------------* * * | $707.66<br>$707.66 | $0.00 | $707.66 |
| 9 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/01/13 | c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 331311605<br>-----------------------------------------------------------------------------* * * | $2,382.65<br>$2,382.65 | $0.00 | $2,382.65 |

# Claims Register

## Case: 13-81030  PERCLE, ANDREW

Claims Bar Date:  08/08/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured<br>07/26/13 | of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 100879262<br>---------* * * | $2,517.23<br>$2,517.23 | $0.00 | $2,517.23 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured<br>07/26/13 | of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 100879262<br>---------* * * | $1,125.68<br>$1,125.68 | $0.00 | $1,125.68 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>07/26/13 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701<br>---------* * * | $493.67<br>$493.67 | $0.00 | $493.67 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>07/26/13 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701<br>---------* * * | $940.67<br>$940.67 | $0.00 | $940.67 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 14 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>08/02/13 | of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>---------* * * | $5,281.22<br>$5,281.22 | $0.00 | $5,281.22 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |

# Claims Register

## Case: 13-81030 PERCLE, ANDREW

Claims Bar Date: 08/08/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured 08/02/13 | of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | $348.40 $348.40 | $0.00 | $348.40 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 16 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC ND POB 12914 Norfolk, VA 23541 | Unsecured 08/05/13 | successor to US BANK NATIONAL ASSOC ND POB 41067 Norfolk, VA 23541 | $6,053.49 $6,053.49 | $0.00 | $6,053.49 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |

**Case Total:** $0.00 $109,311.38

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-81030
Case Name: PERCLE, ANDREW
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 4,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | 10,843.91 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,500.00 | 0.00 | 1,500.00 |

Total to be paid for chapter 7 administration expenses: $ 2,500.00
Remaining balance: $ 1,500.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,500.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 1,500.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 106,811.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dell Financial Services, LLC | 161.56 | 0.00 | 2.27 |
| 3 | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 4 | Injured Workers Benefit Fund | 84,210.00 | 0.00 | 1,182.59 |
| 5 | Von Maur | 288.76 | 0.00 | 4.06 |
| 6 | GE Capital Retail Bank | 944.10 | 0.00 | 13.26 |
| 7 | GE Capital Retail Bank | 1,356.29 | 0.00 | 19.05 |
| 8 | GE Capital Retail Bank | 707.66 | 0.00 | 9.94 |
| 9 | GE Capital Retail Bank | 2,382.65 | 0.00 | 33.46 |
| 10 | eCAST Settlement Corporation, assignee | 2,517.23 | 0.00 | 35.35 |
| 11 | eCAST Settlement Corporation, assignee | 1,125.68 | 0.00 | 15.81 |
| 12 | Capital One, N.A. | 493.67 | 0.00 | 6.93 |
| 13 | Capital One, N.A. | 940.67 | 0.00 | 13.21 |
| 14 | PYOD, LLC its successors and assigns as assignee | 5,281.22 | 0.00 | 74.17 |
| 15 | PYOD, LLC its successors and assigns as assignee | 348.40 | 0.00 | 4.89 |
| 16 | Portfolio Recovery Associates, LLC | 6,053.49 | 0.00 | 85.01 |

| | Total to be paid for timely general unsecured claims: | $ | 1,500.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**