# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: PERCLE, ANDREW | § Case No. 13-81030 |
| PERCLE, JENNIFER | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 01/08/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                    By:     /s/ STEPHEN G. BALSLEY
                                            Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: PERCLE, ANDREW | § | Case No. 13-81030 |
| PERCLE, JENNIFER | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 4,000.00 |
| **Balance on hand:** | $ 4,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | 10,843.91 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,500.00 | 0.00 | 1,500.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,500.00 |
| Remaining balance: | $ 1,500.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,500.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,500.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 106,811.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dell Financial Services, LLC | 161.56 | 0.00 | 2.27 |
| 3 | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 4 | Injured Workers Benefit Fund | 84,210.00 | 0.00 | 1,182.59 |
| 5 | Von Maur | 288.76 | 0.00 | 4.06 |
| 6 | GE Capital Retail Bank | 944.10 | 0.00 | 13.26 |
| 7 | GE Capital Retail Bank | 1,356.29 | 0.00 | 19.05 |
| 8 | GE Capital Retail Bank | 707.66 | 0.00 | 9.94 |
| 9 | GE Capital Retail Bank | 2,382.65 | 0.00 | 33.46 |
| 10 | eCAST Settlement Corporation, assignee | 2,517.23 | 0.00 | 35.35 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | eCAST Settlement Corporation, assignee | 1,125.68 | 0.00 | 15.81 |
| 12 | Capital One, N.A. | 493.67 | 0.00 | 6.93 |
| 13 | Capital One, N.A. | 940.67 | 0.00 | 13.21 |
| 14 | PYOD, LLC its successors and assigns as assignee | 5,281.22 | 0.00 | 74.17 |
| 15 | PYOD, LLC its successors and assigns as assignee | 348.40 | 0.00 | 4.89 |
| 16 | Portfolio Recovery Associates, LLC | 6,053.49 | 0.00 | 85.01 |

Total to be paid for timely general unsecured claims:   $     1,500.00
Remaining balance:   $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $     0.00
Remaining balance:   $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:   $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-81030-TML
Andrew Percle                                                   Chapter 7
Jennifer Percle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett           Page 1 of 2           Date Rcvd: Nov 27, 2013
                              Form ID: pdf006          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2013.
```
db/jdb     +Andrew Percle,   Jennifer Percle,    518 Willow Street,    Lake in the Hills, IL 60156-1448
20238041   +Attorney General's Office,    100 W. Randolph St.,   13th Floor,    Chicago, IL 60601-3397
20238042   +Bank Of America Home Loans,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
             Simi Valley, CA 93062-5170
20238045  ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
             Po Box 20507,   Kansas City, MO 64195)
20776720    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20238043   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20238044   +Chase,   Attention: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850-5298
20238046  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    Dell Financial Services Attn: Bankrupcty,
             Po Box 81577,   Austin, TX 78708)
20238048   +Ford Credit,   Ford Credit,    Po Box 6275,    Deerborn, MI 48121-6275
20504123   +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
20238049   +GC Services Limited Partnership,    P.O. Box 5220 (157),    San Antonio, TX 78201-0220
20238052   +Genpact Services, LLC,    PO Box 1969,   Southgate, MI 48195-0969
20238053   +Harris N.A.,   Bmo-Harris Bank/Attention: Legal Service,    111 W. Monroe St,
             Chicago, IL 60603-4096
20238054   +Illinois Department of Revenue,    PO Box 64338,   Chicago, IL 60664-0338
20518394    Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
             Chicago, Illinois 60664-0338
20238055   +Injured Workers Benefit Fund,    c/o Robert Ruiz,   100 West Randolph Street, Ste 13-197,
             Chicago, IL 60601-3218
20238058   +LTD Financial Services,    7322 Southwest Freeway,   Suite 1600,    Houston, TX 77074-2134
20832200  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
             successor to US BANK NATIONAL ASSOC ND,    POB 41067,   Norfolk, VA 23541)
20238059   +Thomas J. Stiberth Law Office,    47 DuPage Court,   Elgin, IL 60120-6421
20238060  ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
20238062  ++VON MAUR INC,    6565 BRADY STREET,   DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    6565 Brady Street,    Davenport, IA 52806)
20238061    Van Ru Credit Corp.,    1350 Touhy Ave, Suite 100E,    Dundee, IL 60118
20776718    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20238047   +E-mail/Text: bknotice@erccollections.com Nov 28 2013 02:10:05     Enhanced Recovery Corp,
             Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
20286400   +E-mail/Text: snelson@califf.com Nov 28 2013 02:08:58     FORD MOTOR CREDIT COMPANY LLC,
             c/o Steven L. Nelson,    CALIFF & HARPER PC,    P.O. Box 719,    Moline, IL 61266-0719
20286111   +E-mail/Text: snelson@califf.com Nov 28 2013 02:08:58     Ford Motor Credit Company LLC,
             C/O Steven L. Nelson,    P.O. Box 719,   Moline, IL 61266-0719
20680490    E-mail/PDF: rmscedi@recoverycorp.com Nov 28 2013 02:28:24     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
20238050   +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2013 02:24:42     Gecrb/gap,   Po Box 965005,
             Orlando, FL 32896-5005
20238051   +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2013 02:30:10     Gemb/JC Penny,
             Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
20238056   +E-mail/Text: cio.bncmail@irs.gov Nov 28 2013 02:09:20     Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
20238057   +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 28 2013 02:09:09     Kohls/capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20826636   +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2013 02:30:04
             PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 9
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20776721*    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20477390*  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
             PO Box 10390,   Greenville, SC 29603-0390)
20776719*    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: vgossett              Page 2 of 2                   Date Rcvd: Nov 27, 2013
                              Form ID: pdf006             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2013                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2013 at the address(es) listed below:
          Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
          Joan Ellen Smuda    on behalf of Creditor    Illinois Workers' Compensation Commission
           jsmuda@atg.state.il.us
          Michael W Huseman    on behalf of Joint Debtor Jennifer  Percle mhuseman@dreyerfoote.com
          Michael W Huseman    on behalf of Debtor Andrew  Percle mhuseman@dreyerfoote.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
          Steven L Nelson    on behalf of Creditor    Ford Motor Credit Company LLC snelson@califf.com
                                                                                             TOTAL: 8
```