**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:  PERCLE, ANDREW | § Case No. 13-81030 |
| PERCLE, JENNIFER | § |
|  | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $154,638.87              Assets Exempt: $55,294.87
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,500.00     Claims Discharged
                                                Without Payment: $105,859.70

Total Expenses of Administration: $2,500.00

---

   3)  Total gross receipts of $    4,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $122,937.00 | $10,843.91 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,837.00 | 2,500.00 | 2,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 104,467.32 | 106,811.38 | 106,811.38 | 1,500.00 |
| **TOTAL DISBURSEMENTS** | $227,404.32 | $122,492.29 | $109,311.38 | $4,000.00 |

    4) This case was originally filed under Chapter 7 on March 27, 2013. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2014          By: /s/STEPHEN G. BALSLEY
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Northwestern Mutual #4628 (Andrew beneficiary) | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | 4110-000 | 11,111.00 | 10,843.91 | 0.00 | 0.00 |
| NOTFILED | Harris N.A. Bmo-Harris Bank/Attention: Legal | 4110-000 | 27,501.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America Home Loans | 4110-000 | 84,325.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$122,937.00** | **$10,843.91** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,837.00 | 1,500.00 | 1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,837.00** | **$2,500.00** | **$2,500.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dell Financial Services, LLC | 7100-000 | 161.00 | 161.56 | 161.56 | 2.27 |
| 3 | Illinois Department of Revenue Bankruptcy Section | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| 4 | Injured Workers Benefit Fund | 7100-000 | 84,210.00 | 84,210.00 | 84,210.00 | 1,182.59 |
| 5 | Von Maur | 7100-000 | 289.00 | 288.76 | 288.76 | 4.06 |
| 6 | GE Capital Retail Bank | 7100-000 | 944.00 | 944.10 | 944.10 | 13.26 |
| 7 | GE Capital Retail Bank | 7100-000 | N/A | 1,356.29 | 1,356.29 | 19.05 |
| 8 | GE Capital Retail Bank | 7100-000 | 707.00 | 707.66 | 707.66 | 9.94 |
| 9 | GE Capital Retail Bank | 7100-000 | N/A | 2,382.65 | 2,382.65 | 33.46 |
| 10 | eCAST Settlement Corporation, assignee | 7100-000 | 2,517.00 | 2,517.23 | 2,517.23 | 35.35 |
| 11 | eCAST Settlement Corporation, assignee | 7100-000 | 1,160.00 | 1,125.68 | 1,125.68 | 15.81 |
| 12 | Capital One, N.A. | 7100-000 | 450.00 | 493.67 | 493.67 | 6.93 |
| 13 | Capital One, N.A. | 7100-000 | 890.00 | 940.67 | 940.67 | 13.21 |
| 14 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 5,281.00 | 5,281.22 | 5,281.22 | 74.17 |
| 15 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 369.00 | 348.40 | 348.40 | 4.89 |
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | 6,641.00 | 6,053.49 | 6,053.49 | 85.01 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Department of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Van Ru Credit Corp. | 7100-000 | 446.32 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $104,467.32 | $106,811.38 | $106,811.38 | $1,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81030  
**Case Name:** PERCLE, ANDREW  
PERCLE, JENNIFER  
**Period Ending:** 04/05/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/27/13 (f)  
**§341(a) Meeting Date:** 05/06/13  
**Claims Bar Date:** 08/08/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  518 Willow Street, Lake in the Hills, IL | 110,100.00 | 0.00 | | 0.00 | FA |
| 2  Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 3  PNC Bank checking account | 200.00 | 0.00 | | 0.00 | FA |
| 4  JPMorgan Chase Bank checking account | 750.00 | 0.00 | | 0.00 | FA |
| 5  Miscellaneous household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6  Miscellaneous books, DVDs, and CDs | 100.00 | 0.00 | | 0.00 | FA |
| 7  Necessary wearing apparel for debtors and their | 100.00 | 0.00 | | 0.00 | FA |
| 8  Miscellaneous jewelry; two wedding bands | 100.00 | 0.00 | | 0.00 | FA |
| 9  1 handgun | 100.00 | 0.00 | | 0.00 | FA |
| 10 Health, Automobile, Homeowners Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11 Northwestern Mutual #4641 (Jennifer Beneficiary)  Amount of policy and exemption changed per Amended Schedules B and C filed June 15, 2013. | 9,134.77 | 0.00 | | 0.00 | FA |
| 12 Northwestern Mutual #6538 -(Debtors benefic)  Amount of policy and exemption changed per Amended Schedules B and C filed June 15, 2013. | 320.10 | 0.00 | | 0.00 | FA |
| 13 Northwestern Mutual #6540 (Debtors benefic)  Amount of policy and exemption changed per Amended Schedules B and C filed June 15, 2013. | 276.17 | 0.00 | | 0.00 | FA |
| 14 Northwestern Mutual #4628 (Andrew beneficiary)  Amount of policy and exemption changed per Amended Schedules B and C filed June 15, 2013.  See Order Disallowing Exemption entered June 3, 2013.  See Order to Compromise Controversy entered November 6, 2013. | 9,134.77 | 5,484.77 | | 4,000.00 | FA |
| 15 Northwestern Mutual whole life policy | 320.00 | 0.00 | | 0.00 | FA |
| 16 Northwestern Mutual whole life policy | 276.00 | 0.00 | | 0.00 | FA |
| 17 Woodmark, LLC 401(k) | 500.00 | 0.00 | | 0.00 | FA |
| 18 Carpenters Retirement Savings Fund of Illinois | 7,000.00 | 0.00 | | 0.00 | FA |
| 19 Debtor was formerly the sole shareholder of TBR | 0.00 | 0.00 | | 0.00 | FA |

Printed: 04/05/2014 08:22 AM   V.13.14

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 13-81030  
**Case Name:** PERCLE, ANDREW  
   PERCLE, JENNIFER  
**Period Ending:** 04/05/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/27/13 (f)  
**§341(a) Meeting Date:** 05/06/13  
**Claims Bar Date:** 08/08/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 20 | 2012 tax refund | 373.00 | 0.00 | | 0.00 | FA |
| 21 | Refund due to debtors following amended 2011 tax   See Assets #26 and #27.  Debtor filed Amended Schedules B and C on June 15, 2013. | Unknown | 0.00 | | 0.00 | FA |
| 22 | 2004 F-150 Truck | 4,000.00 | 0.00 | | 0.00 | FA |
| 23 | 2008 Ford Expedition | 14,000.00 | 0.00 | | 0.00 | FA |
| 24 | 2003 ATV and 1999 snowmobile   Exemption claimed in Amended Schedule C filed June 15, 2013. | 1,200.00 | 0.00 | | 0.00 | FA |
| 25 | 3 dogs; 1 bird | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Amended 2011 Federal Tax Return (EIC)  (u)   Originally filed with the amount unknown.  See Amended Schedule B filed June 15, 2013. | 3,416.00 | 0.00 | | 0.00 | FA |
| 27 | Amended 2011 State Tax Return (EIC)  (u)   Originally filed with the amount unknown.  See Amended Schedule B filed June 15, 2013. | 171.00 | 0.00 | | 0.00 | FA |
| 28 | Northwestern Mutual #1658 (AndrewBeneficiary)  (u)   See Amended Schedules B and C filed June 15, 2013. | 355.30 | 0.00 | | 0.00 | FA |
| 29 | Northwestern Mutual #1959 (Andrew beneficiary)  (u)   See Amended Schedules B and C filed June 15, 2013. | 430.30 | 0.00 | | 0.00 | FA |
| 30 | Northwestern Mutual #1995 (Andrew Beneficiary)  (u)   See Amended Schedules B and C filed June 15, 2013. | 396.23 | 0.00 | | 0.00 | FA |
| 30 | **Assets   Totals** (Excluding unknown values) | **$163,773.64** | **$5,484.77** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 13-81030  
**Case Name:** PERCLE, ANDREW  
PERCLE, JENNIFER  
**Period Ending:** 04/05/14

**Trustee:** (330410)   STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/27/13 (f)  
**§341(a) Meeting Date:** 05/06/13  
**Claims Bar Date:** 08/08/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   May 1, 2014            **Current Projected Date Of Final Report (TFR):**   November 14, 2013  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81030  
**Case Name:** PERCLE, ANDREW  
PERCLE, JENNIFER  
**Taxpayer ID #:** **-***0256  
**Period Ending:** 04/05/14

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $736,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/12/13 | {14} | Jennifer Percle | Payment pursuant to Order to Compromise Controversy entered November 6, 2013 | 1129-000 | 4,000.00 | | 4,000.00 |
| 01/08/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,500.00 | 2,500.00 |
| 01/08/14 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,000.00, Trustee Compensation;  Reference: | 2100-000 | | 1,000.00 | 1,500.00 |
| 01/08/14 | 103 | Injured Workers Benefit Fund | Dividend paid  1.40% on $84,210.00; Claim# 4; Filed: $84,210.00; Reference: | 7100-000 | | 1,182.59 | 317.41 |
| 01/08/14 | 104 | GE Capital Retail Bank | Dividend paid  1.40% on $944.10; Claim# 6; Filed: $944.10; Reference: | 7100-000 | | 13.26 | 304.15 |
| 01/08/14 | 105 | GE Capital Retail Bank | Dividend paid  1.40% on $1,356.29; Claim# 7; Filed: $1,356.29; Reference: | 7100-000 | | 19.05 | 285.10 |
| 01/08/14 | 106 | GE Capital Retail Bank | Dividend paid  1.40% on $707.66; Claim# 8; Filed: $707.66; Reference: | 7100-000 | | 9.94 | 275.16 |
| 01/08/14 | 107 | GE Capital Retail Bank | Dividend paid  1.40% on $2,382.65; Claim# 9; Filed: $2,382.65; Reference: | 7100-000 | | 33.46 | 241.70 |
| 01/08/14 | 108 | eCAST Settlement Corporation, assignee | Dividend paid  1.40% on $2,517.23; Claim# 10; Filed: $2,517.23; Reference: | 7100-000 | | 35.35 | 206.35 |
| 01/08/14 | 109 | eCAST Settlement Corporation, assignee | Dividend paid  1.40% on $1,125.68; Claim# 11; Filed: $1,125.68; Reference: | 7100-000 | | 15.81 | 190.54 |
| 01/08/14 | 110 | Capital One, N.A. | Dividend paid  1.40% on $493.67; Claim# 12; Filed: $493.67; Reference: | 7100-000 | | 6.93 | 183.61 |
| 01/08/14 | 111 | Capital One, N.A. | Dividend paid  1.40% on $940.67; Claim# 13; Filed: $940.67; Reference: | 7100-000 | | 13.21 | 170.40 |
| 01/08/14 | 112 | PYOD, LLC its successors and assigns as assignee | Dividend paid  1.40% on $5,281.22; Claim# 14; Filed: $5,281.22; Reference: | 7100-000 | | 74.17 | 96.23 |
| 01/08/14 | 113 | Portfolio Recovery Associates, LLC | Dividend paid  1.40% on $6,053.49; Claim# 16; Filed: $6,053.49; Reference: | 7100-000 | | 85.01 | 11.22 |
| 01/08/14 | 114 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 11.22 | 0.00 |
| | | | Dividend paid  1.40% on $161.56;  Claim# 1; Filed: $161.56     2.27 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.40% on $288.76;  Claim# 5; Filed: $288.76     4.06 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.40% on $348.40;  Claim# 15; Filed: $348.40     4.89 | 7100-000 | | | 0.00 |

Subtotals :          $4,000.00          $4,000.00

{} Asset reference(s)                                                                                                    Printed: 04/05/2014 08:22 AM    V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-81030  
**Case Name:** PERCLE, ANDREW  
PERCLE, JENNIFER  
**Taxpayer ID #:** **-***0256  
**Period Ending:** 04/05/14

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 4,000.00 | 4,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,000.00 | 4,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,000.00 | $4,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9766 | 4,000.00 | 4,000.00 | 0.00 |
| | $4,000.00 | $4,000.00 | $0.00 |

{} Asset reference(s)

Printed: 04/05/2014 08:22 AM  V.13.14